IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

COLONY NATIONAL INSURANCE COMPANY                                    PLAINTIFF

VS.                                                                  No. 1:05CV52-D-D

JAMES M. "MAC" LINDSEY, ET. AL.                                      DEFENDANTS

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Plaintiff's motion for summary judgment (docket entry 32) is GRANTED; and

(2)  this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 17th day of March 2006.

/s/ Glen. H. Davidson
Chief Judge